| | |
|---|---|
| HUNTON & WILLIAMS LLP | SCOTT COLE & ASSOCIATES, APC |
| EMILY BURKHARDT VICENTE (SBN 263990) | SCOTT EDWARD COLE (SBN 160744) |
| ebvicente@hunton.com | scole@scalaw.com |
| LAURA M. FRANZE (SBN 250316) | COURTLAND W. CREEKMORE (SBN 182018) |
| lfranze@hunton.com | ccreekmore@scalaw.com |
| MATTHEW BOBB (SBN 253308) | 1970 Broadway, Ninth Floor |
| mbobb@hunton.com | Oakland, California 94612 |
| 550 South Hope Street, Suite 2000 | Telephone:   (510) 891-9800 |
| Los Angeles, California 90071-2627 | Facsimile:   (510) 891-7030 |
| Telephone:   (213) 532-2000 | |
| Facsimile:   (213) 532-2020 | Attorneys for Representative Plaintiff Joseph Amey and the Amey Plaintiff Class |

Attorneys for Defendants
CINEMARK USA, INC. and
CENTURY THEATERS, INC.

CAPSTONE LAW APC
ROBERT FRIEDL (SBN 134947)
Robert.Friedl@capstonelawyers.com
KATHERINE KEHR (SBN 226559)
Katherine.Kehr@capstonelawyers.com
JONATHAN LEE (SBN 267146)
Jonathan.Lee@capstonelawyers.com
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Representative Plaintiffs Silken Brown and Mario de la Rosa and the Brown Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AMEY, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CINEMARK USA, INC., et al.,<br><br>Defendants. | CASE NO.: 3:13-CV-05669-WHO<br><br>**CONSOLIDATED CLASS ACTION**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>**Date: April 1, 2014**<br>**Proposed: May 20, 2014**<br><br>Complaint Filed: December 3, 2012 |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER

The parties in this consolidated action by and through their respective counsel of record, hereby stipulate to the following:

## RECITALS

1. On March 17, 2014, the Court issued an Order Consolidating the matters of *Brown, et al. v. Cinemark* and *Amey v. Cinemark* into a consolidated action bearing the caption and case number as noted in the caption of this Joint Stipulation.

2. On March 17, 2014, the Clerk of the Court gave notice that the Case Management Conference set for March 26, 2014 had been vacated and reset for April 1, 2014 at 2:00 p.m. in Courtroom 2 of this Court.

3. Lead counsel for Cinemark USA, Inc. and Century Theaters, Inc. is scheduled to be out of state in Tennessee the week of March 31, 2014 for a mandatory Pretrial Conference and to prepare for a class action trial in another case that is expected to last the entire month of April.

4. Lead counsel for all parties would be available on May 6, 2014, for a rescheduled CMC, however, it appears the Court is not available on that day. Accordingly, the first date that all Lead counsel and the Court will be available is Tuesday, May 20, 2014 for a continued Case Management Conference.

5. Accordingly, the parties respectfully request, and stipulate, that the Case Management Conference be rescheduled to May 20, 2014 or a date thereafter that is convenient for the Court. In the alternative, Cinemark's counsel requests permission to participate in the Case Management Conference set for April 1, 2014 by telephone given the extenuating circumstances.

6. This continuance will not affect any other dates set in this case.

## STIPULATION

NOW, THEREFORE, the parties stipulate and agree that:

The Case Management Conference, currently set for April 1, 2014, be continued to May 20, 2014 and the joint Case Management Statement be submitted by May 13, 2014.

DATED: March 19, 2014                    HUNTON & WILLIAMS LLP

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER

By: /S/ Emily Burkhardt Vicente
Emily Burkhardt Vicente
Matthew Bobb
Attorneys for Defendants
Cinemark USA, Inc. and Century Theaters, Inc.

DATED: March 19, 2014     CAPSTONE LAW APC

By: /S/ Robert Friedl
Robert Friedl
Attorneys for Plaintiffs
Silken Brown and Mario de la Rosa
and the Brown Plaintiff Class

DATED: March 19, 2014     SCOTT COLE & ASSOCIATES, APC

By: /S/ Courtland Creekmore
Courtland Creekmore
Attorneys for Plaintiff
Representative Plaintiff Joseph Amey and the Amey Plaintiff Class

I attest pursuant to Local Rule 5-1(i)(3) that concurrence has been obtained from each of the other signatories of this document.

/S/ Emily Burkhardt Vicente
EMILY BURKHARDT VICENTE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 21, 2014

By: _____
William H. Orrick
United States District Court Judge

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER