UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH AMEY, et al.,

    Plaintiffs,

  v.

CINEMARK USA INC, et al.,

    Defendants.

Case No. 13-cv-05669-WHO
Case No. 13-cv-04030-WHO

**ORDER RE SETTLEMENT AND JUDGMENT**

Counsel have indicated that the issues concerning plaintiff Amey have been settled and that the parties are entering into a different settlement regarding plaintiffs Brown and de la Rosa. In light of those representations, on or before January 8, 2016, counsel for plaintiffs Brown and de la Rosa shall submit a stipulation encompassing the tentative order announced by the Court at the December 2, 2015 hearing to resolve the pending motion for summary judgment. Counsel for Amey shall either join in that stipulation or submit a separate stipulated request for voluntary dismissal. Counsel in both of the consolidated cases shall also submit a stipulated proposed form of judgment for entry by the Court on or before January 8, 2016. The Pre-trial Conference set for January 25, 2016 is VACATED.

    **IT IS SO ORDERED**.

Dated: December 23, 2015



WILLIAM H. ORRICK
United States District Judge